## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARCUS MIXON**                                                                                     **PLAINTIFF**

**V.**                              **NO. 4:16CV00320 SWW/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Marcus Mixon's Complaint (Doc. No. 1) is DISMISSED with prejudice.

DATED this 30th day of March, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE